UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN RAYNER
ALLEN ALTENBERND,

      Plaintiff,

v.                                CASE No. 8:21-cv-2759-KKM-TGW

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

      Defendant.
_____

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 23). The plaintiff does not oppose the motion. On remand, the Commissioner will further evaluate the persuasiveness of the medical opinions and prior administrative medical findings pursuant to 20 C.F.R. 404.1520c; re-assess Plaintiff's residual functional capacity assessment; obtain supplemental vocational expert testimony to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; take any administrative action necessary to complete the

record; offer Plaintiff the opportunity for a new hearing; and issue a new hearing decision.

Thus, I recommend that the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 23) be granted. Upon granting of the motion, the decision of the Commissioner will be reversed and the case remanded to the defendant for further administrative consideration pursuant to sentence four of 42 U.S.C. 405(g) and this Order.

Respectfully submitted,

*Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: August __10__, 2022

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions or to seek an extension of the fourteen-day deadline. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R.