UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN RAYNER
ALLEN ALTENBERND,

    Plaintiff,

v.                                                           Case No: 8:21-cv-2759-KKM-TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

The Social Security Commissioner filed an unopposed motion for entry of judgment with remand, which was referred to the Magistrate Judge for a report and recommendation. (Doc. 23.) The Magistrate Judge recommends that the Court grant the motion. (Doc. 24.) After a complete review, the Court agrees with the Magistrate Judge that the unopposed motion is due to be granted.

Accordingly, the following is **ORDERED**:

1.     The Magistrate Judge's Report and Recommendation (Doc. 24) is **ADOPTED** and made a part of this Order for all purposes.

2. The Motion for Entry of Judgment with Remand (Doc. 23) is **GRANTED**. The decision of the Commissioner is reversed and the case is remanded for further administrative consideration pursuant to sentence four of 42 U.S.C. § 405(g) and this order.

**ORDERED** in Tampa, Florida, on August 24, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**